Newco Capital Group VI, LLC v Logan Mktg. Group, LLC
2026 NY Slip Op 03600
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

NEWCO CAPITAL GROUP VI, LLC, PLAINTIFF-APPELLANT,
v
LOGAN MARKETING GROUP, LLC, DOING BUSINESS AS INTELLUS/INTELLUS MARKETING, ET AL., DEFENDANTS, MARY MARGARET ORTIZ AND MARIA GORETTI HERMAN, DEFENDANTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
534 CA 25-00683
Present: Whalen, P.J., Curran, Ogden, Greenwood, And Hannah, JJ.

BERKOVITCH & BOUSKILA, PLLC, POMONA (ARIEL BOUSKILA OF COUNSEL), FOR PLAINTIFF-APPELLANT.
COPOBIANCO & ASSOCIATES, GARDEN CITY (DAVID D. BENZ OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

Appeal from an order of the Supreme Court, Ontario County (Daniel J. Doyle, J.), entered March 28, 2025. The order, inter alia, granted in part the motion of defendants Mary Margaret Ortiz and Maria Goretti Herman to vacate a default judgment.
[*1]
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: June 5, 2026
Ann Dillon Flynn
Clerk of the Court